**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EZIBA SECURITIES CORP., | : : : : | |
| | : | C.A. No. 04-339 (JJF) |
| Plaintiff, | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC., | : : : | |
| | : | |
| Defendants. | : | |
| | : : | |

| | | |
|---|---|---|
| MILLERS CAPITAL INSURANCE COMPANY a/s/o DEL-HOMES CATALOG, LLC, | : : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1322 (JJF) |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| LIGHTHOUSE CONSTRUCTION INC., BECKER MORGAN GROUP, INC., and O'CONNELL, NACCARATO & MACINTOSH, INC., | : : : | |
| | : | |
| Defendants, | : | |
| | : | |
| v. | : | |
| | : | |
| LIGHTHOUSE CONSTRUCTION, INC., | : | |
| | : | |
| Defendant & Third-party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EAST COAST ERECTORS, INC., | : | |
| | : | |
| Third-Party Defendant. | : | |

**<u>NOTICE OF SERVICE</u>**

TO:    Benjamin C. Wetzel, III, Esq.               Robert B. Hill, Esq.
           Wetzel & Associates, P.A.              McLain & Merritt
           The Carriage House, Suite 201        3445 Peachtree Rd., NE, Suite 500
           1100 N. Grant Avenue                   Atlanta, GA  30326-3240
           Wilmington, DE  19805

PLEASE TAKE NOTICE that I caused to be served two true and correct copies of Plaintiff

Federal Insurance Company a/s/o Eziba.com, Inc./Avacet, Inc., Eziba Securities Corp.'s Interrogatories

and Request for Production of Documents Addressed to Third-Party Defendant, East Coast Eretors, Inc.

(Set I) to be served upon Benjamin C. Wetzel, III of Wetzel & Associates and Robert B. Hill of McLain

& Merritt, P.C. on April 14, 2005.

Dated:  April 14, 2005, 2005                                                    COZEN O'CONNOR

                                                           BY:    */s/ Sean J. Bellew*
                                                                    SEAN J. BELLEW, ESQUIRE
                                                                    Chase Manhattan Centre
                                                                    1201 North Market Street
                                                                    Suite 1400
                                                                    Wilmington, DE  19801
                                                                    (302) 295-2000

Of Counsel:
STEVEN K. GERBER, ESQUIRE (phv)
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103
(215) 665-2088

Attorneys for Plaintiff