# White and Williams LLP

824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.654.0424
Fax: 302.654.0245

Frank E. Noyes, II
Counsel
Direct Dial: 302.467.4511
Direct Fax: 302.467.4556
noyesf@whiteandwilliams.com

August 26, 2005

**By Facsimile Only**

Magistrate Judge Mary Pat Thynge
U. S. District Court for the District of Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

Re: **Millers Capital Insurance Co. v. Lighthouse Construction, Inc. et al.**
**C. A. No. 04C-1322 (JJF)**
**Federal Insurance Co. v. Lighthouse Construction, Inc. et al**
**C. A. No. 04C-339 (JJF)**

Dear Magistrate Judge Thynge:

I am local counsel for plaintiff Millers Capital Insurance Company, one of the plaintiffs in the above consolidated action scheduled for mediation before Your Honor on Tuesday, August 30 and Wednesday, August 31, 2005. My co-counsel from White and Williams' Philadelphia office have done virtually all of the substantive work in this matter, and therefore, I respectfully request permission to be excused from the mediation after introducing co-counsel.

I am available at the convenience of the Court to answer any questions.

Respectfully yours,

WHITE AND WILLIAMS LLP

By: _____
Frank E. Noyes, II

FEN:jm
cc: All Counsel of Record (by E-filing)

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ • New York, NY*
*Paramus, NJ • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE*

DOCS_DE 115108v1