UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>a/s/o Eziba.com, Inc./Avacet, Inc.,<br>EZIBA SECURITIES CORP., : <br> : <br>Plaintiff, : <br> : C.A. No. 04-339/04-1322-JJF<br>v. : <br> : <br>LIGHTHOUSE CONSTRUCTION, INC., : (Consolidated)<br>BECKER MORGAN GROUP, INC., and : <br>O'DONNELL, NACCARATO & : <br>MACINTOSH, INC., : **JURY TRIAL OF TWELVE DEMANDED**<br> : <br>Defendants. : <br> : <br>and : <br> : <br>LIGHTHOUSE CONSTRUCTION, INC., : <br> : <br>Defendant and : <br>Third-PartyPlaintiff, : <br> : <br>v. : <br> : <br>EAST COAST ERECTORS, INC., : <br> : <br>Third-Party Defendant. : | |

PLAINTIFF FEDERAL INSURANCE COMPANY'S REPLY TO
DEFENDANT BECKER MORGAN GROUP, INC.'S RESPONSE IN
OPPOSITION TO PLAINTIFF FEDERAL INSURANCE COMPANY'S
<u>MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT</u>

By way of reply to Defendant Becker Morgan Group, Inc.'s Response in Opposition to Plaintiff Federal Insurance Company's Motion for Leave to File an Amended Complaint, Plaintiff, Federal Insurance Company as subrogee of Eziba.com, Inc./Avacet, Inc., Eziba Securities Corp., by and through its attorneys Cozen O'Connor, is filing a Revised Amended Complaint to properly reflect a claim of Gross Negligence against defendants Lighthouse

Construction, Inc. and O'Donnell, Naccarato & MacIntosh, Inc. only and not defendant Becker Morgan Group, Inc.

Dated: October 19, 2005

                                                COZEN O'CONNOR

                            BY: _____
                                              SEAN J. BELLEW, ESQUIRE
                                              Chase Manhattan Centre
                                              1201 North Market Street
                                              Suite 1400
                                              Wilmington, DE  19801
                                              (302) 295-2000

OF COUNSEL:
STEVEN K. GERBER, ESQUIRE
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103
(215) 665-2088

                                                ATTORNEYS FOR PLAINTIFF